# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        Plaintiff,

v.    Case No. 09-CR-118

**PAUL ZALESKI et al.**
        Defendants.

## ORDER

I previously afforded the defendants time to object to the restitution figures proposed by the government. Only defendant Pembroke objected. I indicated that I would issue amended judgments as to the other defendants and directed the government to provide the agreed figures. Those figures having been submitted and no other objections received,

**IT IS ORDERED** that amended judgments issue as to defendants Zaleski, Hochrek, and Farrell setting restitution in the amounts and to the victims indicated in Docket #211 – $2,115,974.81 total as to Zaleski; $1,581,706.87 total as to Hochrek; and $383,769.01 total as to Farrell – due joint and several as indicated in Docket #211. Defendants Hochrek and Farrell shall make payments pursuant to the schedules listed in their original judgments. Defendant Zaleski shall pay restitution at a rate of not less than $100/month commencing 60 days after release from prison. Interest is waived pursuant to 18 U.S.C. § 3612(f)(3) as to all defendants based on consideration of their ability to pay.

I will await the Supreme Court's decision in <u>Robers v. United States</u>, No. 12-9012, which is set for argument next month, before issuing a final restitution order as to defendant Pembroke, as <u>Robers</u> may provide guidance on some of the offset issues Pembroke raises in

his objections.

Dated at Milwaukee, Wisconsin, this 13th day of January, 2014.

/s Lynn Adelman
_____
LYNN ADELMAN
District Judge